FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Marvin Blocker 1195299

Wallens Ridge State Prison

P.O. Box 759

Big Stone Gap, VA 24219

(Full name, prison identification number and address of the plaintiff)

v.

Civil Action No. AW-13-447
(Leave blank on initial filing to be filled in by Court.)

Warden, Hitt ~~(officer) Tottall~~,
~~to Backer~~ Sgt. Merling, Warden
Lt. Liken and many other officers
of Western Correctional Institution

(Full name and address of the defendant(s))

## COMPLAINT

I. **Previous lawsuits**

    A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

        YES ☐    NO ☑

    B. If you answered YES, describe that case(s) in the spaces below.

        1. Parties to the other case(s):

            Plaintiff: _____

            Defendant(s): _____

1983 Complaint (Rev. 03/2011)        6

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____
   _____

7. Date of disposition: _____

II. Administrative proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☑    NO ☐

   1. If you answered YES:
      a. What was the result? Stolen, stalled, covered up, but as I continued to write them, all were taken away by W.C.I. staff and I was moved here without.
      b. Did you appeal?

      YES ☑    NO ☐

   2. If you answered NO to either of the questions above, explain why: When family tried to send appeals here so I could continue process, mail room stole package in support of cover up as Maryland has abuse being done to me here.

III. Statement of claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Jan. 2012 W.C.I. Staff members Merling, Liken paid inmate to cut me with stabbing motion to head as I pull shirt over my head in shower. 9-6-12, Merling, Liken paid inmates to enter my cell at 4:28 AM while I slept to strike me in the head and shoulder by open cell door from control booth to allow two inmates to enter while two stood watch. Sept. 2011 Merling, Liken paid inmate to fight me in the shower. Oct. 2011 Merling, Liken paid inmate to fight me in cell in system of abuse used here as favor to Maryland, inmates threaten to harm me because staff here is using inmates as MD did, due to MD ordering such harm.

IV. Relief
(State briefly what you want the Court to do for you.)

Appoint counsel who will help me with my rights since I do not know the law but realize that after MD did abuse me for over seven years I must ask the court to take my case to court for fear that MD not facing the court will have the staff here continue to abuse me as a favor to MD. Also I seek any and all relief under the law. Removal from Virginia as well as not allow MD to know where the court moves me to, which should not be MD, due to abuse starting there and not stopping for over seven years so it likely to continue in Maryland as two prisons here in VA have maintained abuse for MD.

SIGNED THIS 28 day of _____ 20 13

_____ 95299
(original signature of plaintiff)

W.R.S.P.
P.O. Box 759
Big Stone Gap, VA 24219
(address of plaintiff)

1983 Complaint (Rev. 03/2011)   8