Your Honor,

Today I received a package of legal materiel from a prison (N.B.C.I.) in Maryland that I have not been housed in for over a year and a half. For some time I had gang members here, at the prison I was held for six weeks prior (P.C.C.) to coming here, as well as the 14 months that I was held at W.C.I. in Maryland. Looking through some of the paperwork makes it clear to me how these gang members where told by staff of each of the last four prisons that I have been held in to harm me as I have repeatedly explained to the court since 2009. Now I have proof, due to this paperwork being sent to me concerning how staff first began setting me up for the abuse I suffered but also how more and more gang members began threatening me as well as attack me. Prison staff illegally held my legal documents for years, by theft of my incoming mail but used them to have gang members harm me in set ups where I was attacked. Now because I continue to contact the court concerning over seven and a half years of abuse by Maryland and Virginia, the contents of this package is returned as a further threat. All that I express in these documents is true but Maryland simply wanted to abuse me and use the fact of these papers being true to have more harm done to me by showing them to the gang members who I've said to the court were some how working with and for staff. Now it's clear that the murder I did not go to court as a witness in as well as all the other information I was willing to give once inmates begaining turning against me has been used by prison staff up to this very day. None of the letters I wrote caused anyone to receive prison time or even go to court at all but in prison this is enough to have me harmed as Maryland did. Also the papers that I'm now reading for the first time in years are being used as a tool by staff still because I complain of abuse so my being given these papers simply means my going forward with telling you all that Maryland did, had done by inmates and have staff of this state doing, who in turn use gangs will continue because I do not want to be call homosexual names all day everyday as staff use paperwork to have me feel I should not tell the truth but this is merely staff way of saying that I will continue to be abused by them and and their using copies of

# WALLENS RIDGE STATE PRISON
## POSTAGE WITHDRAWAL REQUEST FORM

**Inmate Name:** _____  **Number:** _____  **Building:** _____

**Pay to: Wallens Ridge Mailroom**   **Postage Amount:** _____

- ☐ Letter or Flat
- ☐ Package

- ☐ Return unauthorized material or items
- ☐ Mail personal property package
- ☐ Mail letter or flat
- ☐ Other _____

**From:** _____   **To:** _____
_____   _____
_____   _____

**Pick up date:** _____   **Date of Mailing:** _____

**Inmate Signature:** _____   **Date:** _____

**Witnessed by:** _____   **Date:** _____

**Withdrawal approved by:** _____   **Date:** _____

**Posted by:** _____   **Date:** _____

**Comments:** _____

_____

_____

letters that brought no harm to know one since no one was ever charged to have more harm done to me is their way of stopping me from letting the court know that from 8-3-05 Maryland has either abused me or or had Virginia abuse me. All of the letters I wrote after my friends began to turn on me are enclosed in the package given to me today, I see clearly that I must go forward with having the court provide protection due to my being in danger for certin as staff here litterally follows Marylands pattern of do harming to me so, I remember writing some of the things that I'm reading from this package but I have heard inmates speak of the very words I'm reading for years while threatening me and abusing me. But it was because staff was (is) angry due to the truth of my letters to officials. Honestly nothing ever became of this because I did not go through with any of it, however I see for sure how Maryland used gangs against me for years. Yes I wrote what I read here. More importantly it was and is being used up to this very minute to cause me problems. Due to my feeling I had to begin speaking of what I knew because of harm from staff that had inmates begin to turn on me, I do remeber writing this and why, even though no inmates or person on the street were charged, staff was able to use these letters in Maryland, just as they have staff here use them today. A C/O gave this package to me (already opened) and gang members have spoken of the contents of this package daily for my 84 days here, my six weeks at P.CC and as I was being attacked in Maryland. All of my concerns at that time have been used against me due to staff using these letters to have harm done to me, as I felt they would. As I read the contents of package staff taunts me as if their actions have been right due to meaningless letters that harmed no one.

# FROM PERSONAL PROPERTY

TO:  INMATE NAME  _M. Blocker_        INMATE NUMBER  _1195299_
                                       LIVING UNIT    _D313_

IN ORDER TO COMPLETE YOUR REQUEST YOU MUST COMPLETE OR ADD THE FOLLOWING:

_____ Inmate Trust System Withdrawal form (Signed by your Building Sergeant in RED and Notarized)

_____ Inmate Trust System, Put your state number on it.

_____ Visitor Pick-Up form complete and return all forms.

_____ Disposition form complete and return

_____ Personal Property Request Form
Note: If Magazines or Newspapers are being ordered. You need to note the number of issues and the frequency of delivery (monthly, weekly, daily etc.) on the Personal Property Request.

_____ Postage Withdrawal Form

_____ Stamped Envelope addressed to the vendor.

_____ Sign the Form.

_____ Proof that the item you are ordering is FREE.

_____ Need to write out an order of the items you are requesting.

_____ Per DOP 852. All outgoing inmate mail MUST include the inmate's return address with the inmate's name (Spelled Out) and number written on the same line and the Facility (Spelled Out) listed below.

_____ Per DOP 852 Incoming publications MUST have the inmate's name, inmate number and the **full name and address of the Facility** on the address label. (Abbreviations are not acceptable)