* Note: I called as I read this letter about R.F. and none of … 12-23-11 … Fri. 12/23/11 @ 3:50p - left R.F. message
Called again Mon. 1-9-12 R.F. said "Yes I'm still with him"

Received 12-15-11
Entered 12-22-11
Postmarked 12-21-11
Written

FILED LOGGED
MAY 10 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

Cs# AW 13cv447

PROOF... sent message to Robert Friedman and he said yes. I NEVER told R.F. to dismiss my case!

Hello Ma,

Simple, take a photo or picture of one of my good flicks with your phone - then you can use that on Face book. Please excuse my starting off as I did. With no girl, I'm lonely & have been for years. Reading this note from you yesterday, I did not know what to think since after I got the money (that was when I began to write) I'd wrote several letters to you but due to the sad mind game routine used here I'd thought you hadn't received any of them. To finally here or hear from you is I guess good since one (atleast) made it out. The feelings you started your letter off with I also deal with to the point where I can smell them & feel sick. Thanks for the help but I'm unsure where things stand a this point so if and when you can or feel up to it - please ask *Robert 202-344-4332 to let you know if he's still "with" me since I can not catch him myself, just a simple question really but his response will mean alot. For years R. Rd. has been aware so we need to let the media know of all that I tried to explain to you if I die, this way the Comm. may stop it from happening to others. Also I see this is a must, please ask *Robert to mail all of my records to you but if he's not walking away then I do not need for you to get the papers where he has fully detailed writings of over 6 years of sickness. Jackie sent me 200. so I ordered a T.V. but when you sent the money & I mailed it to them they did not have the T.V. so if it's not a problem ask 1800-236-2611 (Jack L. Marcus)

MAIL TAMPERING
MEAL PROBLEMS
C/O HARASS + MISUSE AUTHORITY

C.S. # AW13cv447

9/29/06
[illegible] McMullen Hwy
Cumberland md 21502

Ma,

Your letter has me a little confused but the reason that I sent the two letters to you is because I know the F. BLDG. is a few blocks from you and it don't really matter which BLDG. it go's to since they will forward it to the right person.

You say the same could happen to me it already has, that's why I'm in prison, it's why I was sent here and why I may be charged with that stuff that I'm on lock up for real soon. I know you had to put my info. on the envelope thats what I was asking, no need for copies.

If you still haven't gotten the first letter that I placed inside of a card call the warden to find out where your mail is. He does not respond to any of me letters to him about my mail, meals & his C/o's.

Thanks alot for the money, if you see Sheena tell her that I said hello. Your help truly is appreciated - honestly Love

Nannie

3-16-12

MA

Not hearing from you let me know that you did not get my response to your mail where I thanked you for the money & hoped that you were well. I don't like the thought of your feeling as if I would be rude and leave you hanging & I guess aunt Wanda as well did not get the letter I wrote for her. Still I'll continue to try to send responses along with words of faith. Honestly I maintain the very way of my writings therefore you can trust & believe that I'm praying while we are not in contact. However its a must that you take care & hold on to not only get through but make it with a smile to, please

Love Son

[illegible] think you. So much was said in my letters to you that I can tell you did not get the mail. I just hoped you were smiling, laughing [illegible] days a day. This letter & the first one you sent spoke of your contacts wanting to know what I want to do. To be moved A.S.A.P. to the East coast or up North but if I must come back to Maryland for a short time while Philly, Boston, Jersey, Maine or simular is worked on [illegible] me in the D.O.C. building in downtown Baltimore while I write but not the prison in Maryland where I will be abused again. And for Maryland to not have the next state I go to do what Virginia was told to do to me. Maybe someone else can help yall with all I've come to you with. If you or my mother need to see more records of daily abuse my aunt Wanda has some 443-416-3296 if anyone they [illegible] are in touch with wants more proof, it's with her, a whole note book of details of mental abuse, verbal attacks and ongoing harm done to me here. Thanks again [illegible] [illegible] overlook my obvious strain. God is with me still & I do maintain Faith throughout [illegible] I can see clearly how I'm on the path to a better life. Love Monty

Part 1 of Pink Letter
Part 1 of Yellow Letter

2 different letters

1 =

2 =

For CS. # AW13cv447

~~Dear Vannie~~ 4-16-[illegible]

Good to hear you no complaint stamp is still in effect but your mail makes clear how you are not receiving my mail & I sincerely hope your day is going well. Thank you for the pictures. It would take you to get at me with something to show me how the world life is bigger than my pain. Thank you. Again forgive my bothering you but things are alot clear with your help. 16 envelope came from but I can not read them. With all I have to deal with here, I simply can not be in a bad state of mind so I work hard to merely forgive, focus on faith, hope & so I have to not get into what is not good. There is alot I'm asking here but all about the same things. Please mail this to her (the parts I asked her to do) & every thing should be clear, really but if want this (here) warden to know someone is aware of what he is doing to me daily so can you please asked my brother to call here to ask why I've lost 50 pounds, as waste is used in my food, out going (my) mail is stolen as well as the magazine he got me & my legal mail is tampered with, withheld & I'm verbally attacked by officer and

*

Mack helped alot due to what we'll ... sitting around in Maryland watching T.V. I would not have been as focused but I am further into my case now than ever so harm. is the perfect time to do whats best. I got more into my case in 2007 but feeling like I got help from you gave me energy but God give me clear sight on how he will set me free soon & believe this with all of my heart. I am on my way. Yet I'm already living a better life si... I have faith. My hope is greater than ever. Thank you for setting me on my way years ago as you'd say, have faith & send the thought of the day papers. All I knew meant nothing as the tr... I live now is what life is really about. Sickness is actually pushing me. Hate enabled me see how sad my life was. Forgiveness set me free. Still your ways, words & actions start My change & remembering helped me these last 7 years. Thank you. I'm going to make it w... the tools I witnessed you use daily & Goodness is the key to it all. Think good, be good, do good, good & life becomes good. Even here life is good. Watching you up close for years showed me how I was. I have a clear view. Thank you. I will be O.K. soon. Thank you for 13 years ago allowing me to live with you so I left prison alone. Now I'm coming home. I'm grateful for all you've shown me Vonnie Faith

C.S. #
AW13cv447

Part 2 of Pink letter
Part 2 of Yellow letter

his staff, mentally abused and was assulted by his officers on 3-11-13. If any of this is a bother to you, she may do it all but his number 443-——0956. Honestly I don't feel good about asking you so I'd wrote with names of people you could contact on facebook or simular so may I cannot worry you but have friends or family support, here's the names I'd send to you Gilbert ——, J.W. ——, Curtis —— Roger ——, Glenn ——, Sean —— Of cours this is the least of what I'm asking & maybe Katina could look them up and let you know so I will not feel even more funny about taking up your time. My aunt —— McDougal & her son Micheal & daughter Tanya in your area may be easier to look up - Micheal is or was a police but I visited them & they'd come to Baltimore. Anyway if none of these things can be done please let me know everything made it to you. In good spirits. Life go's on ... about your liver scaring but I

CS- AW/13 cv 447

3 of 3 Received Oct 18 2012

Even my laughing at a T.V. show as reason to attack me. My singing a song is taken as I'm not down in spirits so that attack me. If a clap while looking at basket ball game the put on a performance of name calling and threats that have me feeling sick, like this evening as I waited to use the phone they called me curse words and sick names as they pretend that I said something to one or more of them. Often I figure out the made up reason for the attack some time after they have went on for some time. I will not be able to write of these attacks if I do not allow them to harm me but I wonder how can they use my writing as a way to hurt me when they know I write because of the pain that their actions cause. It's a situation of total madness as I hear them claiming that I said things that they know for a fact only happened while I was sleep. I don't know how to explain it as I have tried over and over. I realize that they gain from this and it's obvious that some (many) enjoy seeing me stand still as they go on and on. I do not know all of the personal angles pertaining to each person since there are many of them but in my heart I do not believe any of the truly feel that I've said anything to anyone. I feel sick as the nervousness affects my body but their is nothing that I can do. I pray but forget to not be so affected by them. I have felt lost and even confused as I witness how much that they are will to do in order to harm me. It's not adding up to what I've heard them say of why they disrespect me. Several time I've said to them that I do nothing to bother them but they respond by saying that they are aware of this or they'll say that I have not done anything to bother them. The attacks occur more and more still. I've known for some time how its a mind game for them to laugh and do this to me. Yet on days like today I make the mistake of wondering why they maintain these bitter acts. I do not even have the energy to use so I must simply allow it to go on.

Please send this to Clerk, 101 W. Lombard St., Balto. MD. 21201. with my name on the out side. I come to you today concerning AW-09-595 and how staff here is using this case to have me repeatedly attacked when in fact my case has been amended to all that staff continues to do and have done to me by those (inmates) they use to attack me in my sleep or as I shower where bodily harm was done to me. For the last thirteen months here I have been verbally attacked by staff and those they reward to attack me with sickening homosexual verbal abuse as they constantly claim that I have sex with men here as well as at the prison next door (litterally) to this one where for six years staff there began and maintained this pratice of nonstop homosexual based verbal attacks that coworker here support by openly working to have me kill myself or as has been stated to me, have me killed. Mann Blum

Staff has had over seven years abuse me mentally.

NEW CS # AW 13CV447

WCI.001.0008 Appendix 3

I got your mail you don't know it because you don't get mine

# WESTERN CORRECTIONAL INSTITUTION

**Inmate Requests**

Please print clearly

DATE 10-11-12

(Circle One): Warden, Asst. Warden, Security Chief, Shift Commander, Social Worker, Other, Commitment, Mail Room, Psychology, Unit Manager, Education, Case Manager, Finance Business Office, Administrative Remedy Coordinator, Chaplain, Addiction Counselor

Please find out where & read it

These cases are open to the public.

Inmate's Name DOC # H.U. Cell Location Job Assignment

REQUEST: Can you please look up my case Civil Action No. AW-09-595 (D.Md.) so that we can learn the status of this because I need to know that the case is still open since I have not been able to reach the court due to much theft of incoming & outgoing mail.

Please mail (with stamp that I do not have) to church leader that visited me recently she wants to see if she will get my letter after I let her know that the unit manager steals my

Her address is on the outside of her letter that's enclosed.

DO NOT WRITE BELOW THIS LINE

REFERRED TO ______ FOR ______

OFFICIAL (Signature) ______ DATE: ______

FINAL DISPOSITION AND/OR RESPONSE TO INMATE: ______

Official (Signature) ______ Date: ______

[illegible] you. You can tell that they are holding my mail to you if you do not get this. P.S. If I do not hear an response to this letter I have copy for court. They switch letters with old one they held so let me know this went to the court. 10-11-12

They held your letter until I would not be able to put the new # you sent on the list. See I have to do it within the first 10 days every three months & this was the time but as you know, you wrote this letter on 10-4-12 & the post mark is 10-5-12 so I should have got this on 10-8-12 but by them holding it until today I can not call you. Also you must call the commisioner about not having your mail given to me in this game & let them know that you do not receive my mail. Explain how I am being threatened by staff who continue to pretend I have sick call but only as a threat to have me feel I will be harmed in the process. This is being done because I write to you with the truth as well as write A.R.P.s about the inmates being paid to harm me. You need to reach the court for me & have them see this part of this letter.
10-11-12

RE: Civil Action No. AW-09-595

1 of 1

Received Oct. 18, 12 Thursday

Dear Sir,

On 9-6-12 I was attacked as I slept at around 4:30 AM when staff opened my door for inmates to hit me in the head and shoulder. Let the court realize that I have not received mail from court appointed counsel as a way to have the court believe I have not responded to court orders in the matter of this case I have sent recent letters to the court that have been stolen by staff angry over my complaining to the court. When I leave my cell to phone family about the bodily harm being done to me here staff opens my cell to have inmates smear waste in my cell, brake my personal property and steal purchased food items as well as personal property. Inmates are being used to attack not allow me to sleep, put waste in my meals and verbally abuse me with the homosexual words that I have written to the court about regarding over the course of years as staff has used litterally more than 100 staffers to verbally attack me while not allowing me to reach the court to alert that I am now at. Marvin Blocker 230666
13800 McMullen Hwy.
Cumberland MD 21502
Which is next door to where this abuse started. Litterally inmates are put outside my door daily to torement ment with verbal attacks. Also those on either side of me are told to not allow me to sleep. For years staff has been using inmates to attack me to cover up how it's all due to my coming the court. The more time has passed (over seven years between these two prisons that actually share staff) based on how the prisons are connected As counsel has told me to complete the remedy process, for three and a half years staff has stolen mail so that not one of nearly 200 remedy forms would be completed as the court states. Staff is using what they know of the courts rules to stop me from having the court learn of all thats done to me. The goal is to have the court feel that this very many staffers would not take part as they are. Furthermore there is an out right attempt to damage me mental through of system of abuse run by paid inmates who use nonstop threats, verbal abuse, noise, homosexual name calling and bodily attacks, I will name these paid inmates to counsel. Motion Filed

230666

Marvin Blocker

New CS.# AW13cv447 ~~AW 0545~~ 12-9-12

Dear Sir/Madame,

Federal case Civil No. AW 12-3137 is an on going case in Md. that is about to be amended to include seven years, three months and eleven days of prison staff abuse in two states and three prisons where staff has used inmates to repeatedly attack me with bodily harm by buying gang members with everything from prison food to money, which has prisoners threatening me to the day with more attacks. Over 100 staff members in Maryland alone have taken part in a routine of day to day, hourly often, shift to shift, week to week, month to month and from year to year on going pattern of different departments within the prison using verbal abuse system of most (at times nearly all) staff who encounter me to say homosexual comments about me, towards me or indirectly as a form of abuse. But when I complained to the courts, staff be gan labeling me a snitch to have gang members target me with that exact verbal abuse tactics staff of custody, medical and other areas from the prison such as dietary, commissary, property and even those who fix toilets. This has been recorded by me daily for several years. With my not fighting back more harm has been done. At this point an increasing practice of inmates and staff using a continuous verbal attack system, with threats, name calling, noise and not allowing me to eat due to bodily waste put in my food. The mental abuse thats resulting from the stress of this situation continues as well as high blood preasure as the strain of my body causes harm to my health, is meant to either make me insane or some how hurt myself due to not being able to handle the inmates yelling the bitch ass faggot Marvin constantly but using various verbal attack methods as Im daily abused as a way to have me react or allow inmates to be rewarded from staff for my dismissing my case, which is the goal. I will not Therefor I hope to have the public learn of what has been done to me, such as the most recent attack on 9-6-12 where staff opened my cell door at 4:30 AM in order for inmates to attack me. Those doing this feel that no one will know or care because im a prisoner. This is my letter for the reopening my cases ~~If they have been closed~~. Cumberland Prisons tampered with my mail like Virginia is now doing so I won't get mail from the Courts

Marvin Blocker 1195299